AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frost, Gregory L. | U.S. Dist. Ct., S.Dist.of Ohio | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

169 U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director / Shareholder | W.K. Frost, Inc. ▮ - owned corporation) |
| 2. | Director - Secretary/Treasurer | Maryhaven, Inc. (Non-profit drug and alcohal rehabilitation facility) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | W. K. Frost, Inc. (director's fee) | $2,000.00 |
| 2. 2012 | Ohio Public Employees Retirement System (pension) | $79,886.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | State of Ohio, The Supreme Court of Ohio - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI Institute (Advanced Auto Institute) | June 25 - June 27, 2012 | Chicago, IL | Seminar Speaker | Round trip air flight and hotel room for 2 nights |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Meridian Condo Project mortgage | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merril Lynch - First Merit Corp. Common Stock | A | Dividend | | | Sold | 2/13/12 | J | D | |
| 2. Park National Bank Checking Account | | None | J | T | | | | | |
| 3. Park National Bank Checking Account ( ) | | None | J | T | | | | | |
| 4. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 5. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 6. Shrimplin #1 - Oil well | B | Royalty | J | W | | | | | |
| 7. Deferred Comp. - Fidelity Growth Company | | None | K | T | | | | | |
| 8. Deferred Comp. - Fidelity Contrafund | | None | K | T | | | | | |
| 9. Deferred Comp. - Janus Fund | | None | J | T | | | | | |
| 10. Deferred Comp. - Vanguard International Growth | | None | K | T | | | | | |
| 11. Deferred Comp. - Vanguard Institutional Index | | None | K | T | | | | | |
| 12. Deferred Comp. - Guaranteed Return Option | | None | K | T | | | | | |
| 13. Plantation Federal Bank - Checking Account | | None | | | Closed | 2/21/12 | J | | |
| 14. Plantation Federal Bank - Money Market Account | A | Interest | | | Closed | 2/21/12 | L | | |
| 15. Deferred Comp. - FPA Capital Fund | | None | K | T | | | | | |
| 16. Investment/Rental Property - Cocoa Beach, FL | E | Rent | O | W | | | | | |
| 17. Deferred Comp. - Fideity Contrafund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Deferred Comp. ▨ -Fidelity Growth | | None | K | T | | | | | |
| 19. | Deferred Comp. ▨ - Janus Fund | | None | J | T | | | | | |
| 20. | Deferred Comp. ▨ - Vanguard International | | None | K | T | | | | | |
| 21. | Deferred Comp. ▨ - Vangard Institutional | | None | K | T | | | | | |
| 22. | Deferred Comp. ▨ - FPA Capital Fund | | None | K | T | | | | | |
| 23. | Deferred Comp. ▨ - Guaranteed Return | | None | K | T | | | | | |
| 24. | Merrill Lynch - EFA Fund | A | Dividend | | | Sold | 2/13/12 | J | | |
| 25. | Merrill Lynch - SPY Fund | A | Dividend | | | Closed | 12/17/12 | J | | |
| 26. | Moundbuilders Country Club | A | Interest | J | T | | | | | |
| 27. | Park National Bank Savings Account ▨ | A | Interest | J | T | | | | | |
| 28. | Park National Bank Saving Account | A | Interest | K | T | | | | | |
| 29. | Deferred Comp. ▨ - Vanguard Capital Opportunity | | None | J | T | | | | | |
| 30. | Deferred Comp. ▨ - Vanguard Total Bond Market Index | | None | J | T | | | | | |
| 31. | Merrill Lynch - IRA Account -Blackrock Build America Fund | | None | | | Closed | 12/17/12 | J | | |
| 32. | Wells Fargo Brokerage Account ▨ | A | Interest | K | T | | | | | |
| 33. | Wells Fargo Brokerage Account ▨ Aflac Inc. | A | Dividend | K | T | | | | | |
| 34. | Wells Fargo Brokerage Account ▨ Ship Finance Intl. LT | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wells Fargo Brokerage Account     Archer-Daniels Midlnd | A | Dividend | K | T | | | | | |
| 36. Wells Fargo Brokerage Account     Realty Income Corp | A | Dividend | K | T | | | | | |
| 37. Wells Fargo Brokeraage Account     Seadrill LTD | B | Dividend | K | T | | | | | |
| 38. Wells Fargo Brokerage Account     AT&T Inc | A | Dividend | K | T | | | | | |
| 39. Wells Fargo Brokerage Account     Bershire Hathaway Inc | | None | K | T | | | | | |
| 40. Wells Fargo Brokerage Account     Pepsico | B | Dividend | K | T | | | | | |
| 41. Wells Fargo Brokerage Account     Bershire Hathaway | | None | J | T | | | | | |
| 42. Wells Fargo Brokerage Account     Intel | A | Dividend | J | T | | | | | |
| 43. Wells Fargo Brokerage Account     Microsoft Corp. | A | Dividend | J | T | | | | | |
| 44. Wells Fargo Brokerage Account     Exelon Corp. | B | Dividend | | | Sold | 12/31/12 | K | A | |
| 45. Merrill Lynch - Bank Deposit Program     ) | A | Int./Div. | | | Closed | 12/17/12 | J | | |
| 46. Merrill Lynch - Bank Deposit Program | A | Int./Div. | | | Closed | 12/17/12 | J | | |
| 47. Merrill Lynch - Bank Deposit Program | A | Int./Div. | | | Closed | 12/17/12 | J | | |
| 48. PNC Investment Management Account     Blackrock MMF | A | Int./Div. | K | T | | | | | |
| 49. PNC Investment Mgmt. Acct.     AT&T ) | A | Dividend | J | T | | | | | |
| 50. PNC Investment Mgmt. Acct. American     Express Co | A | Dividend | J | T | | | | | |
| 51. PNC Investment Mgmt. Acct. Amerisource     Bergen Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Investment Mgmt. Acct Apple . | A | Dividend | J | T | | | | | |
| 53. PNC Investment Mgmt. Acct. Baxter International Inc | A | Dividend | K | T | | | | | |
| 54. PNC Investment Mgmt. Acct. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 55. PNC Investment Mgmt. Acct. CSX Corp | A | Dividend | J | T | | | | | |
| 56. PNC Investment Mgmt. Acct. Chubb Corp | A | Dividend | J | T | | | | | |
| 57. PNC Investment Mgmt. Acct. Connecticut St. SER D GO | A | Interest | K | T | | | | | |
| 58. PNC Investment Mgmt. Acct. Conoco Phillips | A | Dividend | J | T | | | | | |
| 59. PNC Investment Mgmt. Acct. Consolidated Edision INc | A | Dividend | J | T | | | | | |
| 60. PNC Investment Mgmt. Acct. Disney Walt CO | A | Dividend | J | T | | | | | |
| 61. PNC Investment Mgmt. Acct. Dupont E/ De Neours & CO | A | Dividend | J | T | | | | | |
| 62. PNC Investment Mgmt. Acct. Eaton Corp | A | Dividend | | | Sold | 12/3/12 | J | | |
| 63. PNC Investment Mgmt. Acct. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 64. PNC Investment Mgmt. Acct. General Electric Co. | A | Dividend | J | T | | | | | |
| 65. PNC Investment Mgmt. Acct. Harbor Int'l Fund Class | A | Dividend | J | T | | | | | |
| 66. PNC Investment Mgmt. Acct. Intel | A | Dividend | J | T | | | | | |
| 67. PNC Investment Mgmt. Acct. IBM | A | Dividend | J | T | | | | | |
| 68. PNC Investment Mgmt. Acct. IShares TR MSCI Emerging | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Investment Mgmt. Acct. ▮ I Shares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 70. PNC Investment Mgmt. Acct. ▮ I Shares Russell Midcap | A | Dividend | K | T | | | | | |
| 71. PNC Invmt. Mgmt. Acct. ▮ Ishares TR Russell 2000 Idx | A | Dividend | J | T | | | | | |
| 72. PNC Invmt. Mgmt. Acct. ▮ JPMorgan Chase | A | Dividend | J | T | | | | | |
| 73. PNC Invmt. Mgmt. Acct. ▮ Johnson & Johnson | A | Dividend | J | T | | | | | |
| 74. PNC Invmt. Mgmt. Acct. ▮ Johnson Controls | A | Dividend | J | T | | | | | |
| 75. PNC Invmt. Mgmt. Acct. ▮ Litman Gregory Masters Int'l | A | Dividend | J | T | | | | | |
| 76. PNC Invmt. Mgmt. Acct. ▮ Mass St. Sch. Bldg Auth Bond | B | Dividend | L | T | | | | | |
| 77. PNC Invmt. Mgmt. Acct. ▮ McDonald's Corp | A | Dividend | J | T | | | | | |
| 78. PNC Invmt. Mgmt. Acct. ▮ Microsoft Corp | A | Dividend | J | T | | | | | |
| 79. PNC Invmt. Mgmt. Acct. ▮ Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 80. PNC Invmt. Mgmt. Acct. ▮ OSU Ref Ser A | A | Interest | K | T | | | | | |
| 81. PNC Invmt. Mgmt. Acct. ▮ Oracle | A | Dividend | J | T | | | | | |
| 82. PNC Invmt. Mgmt. Acct. ▮ Pepsico Inc. | A | Dividend | J | T | | | | | |
| 83. PNC Invmt. Mgmt. Acct. ▮ Phoenix AZ Civic Impt | A | Interest | K | T | | | | | |
| 84. PNC Invmt. Mgmt. Acct. ▮ Price T Rowe Grp | A | Dividend | J | T | | | | | |
| 85. PNC Invmt. Mgmt. Acct. ▮ Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PNC Invmt. Mgmt. Acct. Qualcomm | A | Dividend | J | T | | | | | |
| 87. PNC Invmt. Mgmt. Acct. JM Smucker | A | Dividend | J | T | | | | | |
| 88. PNC Invmt. Mgmt. Acct. Target | A | Dividend | | | Sold | 7/10/12 | J | A | |
| 89. PNC Invmt. Mgmt. Acct. UPS | A | Dividend | J | T | | | | | |
| 90. PNC Invmt. Mgmt. Acct. United Technologies Corp. | A | Dividend | J | T | | | | | |
| 91. PNC Invmt. Mgmt. Acct. Univ of CO Enterprise Rev. | A | Interest | K | T | | | | | |
| 92. PNC Invmt. Mgmt. Acct. Wells Fargo | A | Dividend | J | T | | | | | |
| 93. PNC Invmt. Mgmt. Acct. Wisconsin St. Trans. Rev Bd | A | Interest | K | T | | | | | |
| 94. Wells Fargo Brokerage Account Eaton | A | Dividend | | | Buy | 5/21/12 | K | | |
| 95. Wells Fargo Brokerage Account Eaton | A | Dividend | | | Sold | 12/3/12 | K | C | |
| 96. Wells Fargo Brok. Acct Ishares Dow Jones Select Div | A | Dividend | J | T | Buy | 4/16/12 | J | | |
| 97. Wells Fargo Brok. Acct Ishares TR-Dow Jones US Tech | A | Dividend | J | T | Buy | 4/16/12 | J | | |
| 98. Wells Fargo Brok. Acct. Deere & Co. | A | Dividend | K | T | Buy | 5/15/12 | K | | |
| 99. Wells Fargo Brok.Acct. Emerson Electric | A | Dividend | K | T | Buy | 6/25/12 | K | | |
| 100. Wells Fargo Brok. Acct. IBM | A | Dividend | K | T | Buy | 5/21/12 | K | | |
| 101. Wells Fargo Brok.Acct. Ishares FTSE EPRA/ETF NAREIT | A | Dividend | J | T | Buy | 3/12/12 | J | | |
| 102. Wells Fargo Brok.Acct. S&P US Preferred Stock | A | Dividend | J | T | Buy | 3/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Brok.Acct. ___ Potash Corp. of Saskatchewan | A | Dividend | K | T | Buy | 5/8/12 | K | | |
| 104. Wells Fargo Brok.Acct. ___ Senior Housing PropTR REIT | | None | J | T | Buy | 3/12/12 | J | | |
| 105. Wells Fargo Brok.Acct. ___ SPDR S&P DOwn Jones INDL ETF | | None | J | T | Buy | 3/12/12 | J | | |
| 106. Wells Fargo Brok.Acct. ___ S&P Emerging ETF Mkts Div | | None | J | T | Buy | 4/16/12 | J | | |
| 107. Wells Fargo Brok.Acct. ___ Total S.A. Spons. ADR | A | Dividend | K | T | Buy | 4/23/12 | K | | |
| 108. Wells Fargo Brok. Acct. ___ Vale S A ADR | A | Dividend | J | T | Buy | 5/8/12 | J | | |
| 109. Wells Fargo Brok.Acct. ___ Vectren Corp | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 110. Wells Fargo Brok. Acct. ___ Vanguard GNMA FD CL1 | A | Dividend | M | T | Buy | 9/12/12 | M | | |
| 111. Wells Fargo Bank Checking Acct. ___ | A | Interest | J | T | Open | 2/21/12 | J | | |
| 112. Wells Fargo Bank Savings Acct. ___ | A | Interest | L | T | Open | 2/21/12 | L | | |
| 113. Wells Fargo IRA Acct. Blackrock Build America Fund | | None | J | T | Open | 12/17/12 | J | | |
| 114. PNC Bank Sweep Deposit ___ (X) | A | Interest | J | T | | | | | |
| 115. PNC Invest.Acct. ___ Templeton Global Bond Fund AD | A | Dividend | K | T | Buy | 3/13/12 | K | | |
| 116. PNC Invest.Acct.___ T Row Price High Yield Fund #57 | | None | K | T | Buy | 3/13/12 | K | | |
| 117. PNC Invest. Acct. ___ IShares Dow Jones US REIT ETF | | None | J | T | Buy | 5/2/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 13 Part VII - Plantation Federal Bank was purchased by another bank and the money in the ⬜ checking account was removed from Plantation Federal Bank and a new ⬜ checking account was opened at Wells Fargo Bank with the amount of money previously held by Plantation Federal Bank (See Line 111).

Line 14 Part VII - Plantation Federal Bank was purchased by another bank and the money in the ⬜ money market account was removed from Plantation Federal Bank and a new ⬜ savings account was opened at Wells Fargo Bank with the amount of money previously held by Plantation Fedearl Bank (See Line 112).

Line 25 Part VII - Merrill Lynch Managed SPY Fund was closed and transferred to Wells Fargo Brokerage Account SPDR Fund (See Line 105).

Line 26 Part VII - ⬜ purchased a capital improvements bond as members of Moundbuilders Country Club and interest is being paid on the bond.

Line 31 Part VII - Merrill Lynch Managed IRA Account - Blackrock Build America Fund - was closed and transferred to Wells Fargo Managed IRA Account - Blackrock Build America Fund (See Line 113).

Lines 45 and 46 Part VII - Merrill Lynch Bank Deposit Programs (Joint) and ⬜ were closed and amounts from each account were transferred to one Wells Fargo Brokerage Account ⬜ - (See Line 32).

Line 47 Part VII - Merrill Lynch Bank Deposit Program was closed and the amount was transferred to the Wells Fargo Managed IRA Account - Blackrock Build America Fund (See Line 113).

Line 114 Part VII - PNC Bank Sweep Deposit ⬜ was a previously owned asset which increased in value above the reporting thresholds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Frost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544